FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN - 4 2013

CENTRAL DISTRICT OF CALIFORNIA
BY Shy                    DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATTY BERNISE DE LA CRUZ,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>    Defendant. | Case No. CV 12-2401 AN<br><br>JUDGMENT |

For the reasons set forth in the accompanying Order, it is hereby ADJUDGED AND DECREED the Commissioner's final decision is affirmed and this action is dismissed with prejudice.

DATED: January 4, 2013

_____
ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE